UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODERICK HOLLIES | * | CIVIL ACTION NO: 19-11592 |
| | * | |
| VERSUS | * | |
| | * | JUDGE GREG G. GUIDRY |
| TRANSOCEAN OFFSHORE USA, | * | |
| INC., TRANSOCEAN OFFSHORE | * | |
| DEEPWATER DRILLING, INC., | * | MAG. DANA DOUGLAS |
| SPENCER OGDEN, INC. AND 6CATS | * | |
| INTERNATIONAL | * | |

ANSWER TO COMPLAINT

NOW INTO COURT, through undersigned counsel comes defendant, Spencer Ogden, Inc., who answers the Complaint filed on behalf of Roderick Hollies, with respect avers:

1.

The Complaint fails to state a cause of action upon which relief can be granted.

2.

Answering the numbered allegations in the Complaint, defendant denies each and every accusation.

3.

Spencer Ogden, Inc. was not plaintiff's employer at the time of the casualty; instead, Hollies was employed by 6Cats International when the incident occurred.

4.

Spencer Ogden, Inc. avers that it was in no way responsible for the casualty in question; it was not negligent.

5.

Spencer Ogden, Inc. avers that if plaintiff suffered any accident or injuries, which is denied, these resulted solely from his own fault and inattention to duties; in the alternative, defendant maintains that any accident or injuries resulted from plaintiff's comparative or contributory fault.

6.

Spencer Odgen, Inc. avers that plaintiff has failed to mitigate his damages.

7.

Spencer Ogden, Inc. avers that plaintiff suffered from pre-existing problems which should bar or, at the very least, mitigate any potential recovery.

8.

Spencer Ogden, Inc. avers that plaintiff's accident, if any, resulted from the fault and neglect of others over whom this defendant had no responsibility or control.

WHEREFORE, after due proceedings had, Spencer Ogden, Inc. prays that the Complaint filed on behalf of Roderick Hollies be dismissed at plaintiff's cost; defendant further prays for all such other general and equitable relief as the court may deem just under the circumstances.

Respectfully submitted,

 /s/ Rufus C. Harris, III
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
CINDY GALPIN MARTIN (25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Spencer Ogden, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via e-mail, this 5th day of August, 2019.

 /s/ Rufus C. Harris, III
RUFUS C. HARRIS, III