UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODERICK HOLLIES** | * | **CIVIL ACTION NO: 19-11592** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE GREG G. GUIDRY** |
| **TRANSOCEAN OFFSHORE USA,** | * | |
| **INC., TRANSOCEAN OFFSHORE** | * | |
| **DEEPWATER DRILLING, INC.,** | * | **MAG. DANA DOUGLAS** |
| **SPENCER OGDEN, INC., AND** | * | |
| **6CATS INTERNATIONAL** | * | |
| _____/ | | |

## SPENCER OGDEN'S CROSS CLAIM

COMES NOW, by and through undersigned counsel, Defendant/ Cross Claimant Spencer Ogden, Inc. who asserts this Cross Claim against co-defendant 6CATS International Limited and avers as follows:

1.

6CATS International Limited ("6CATS") is a recruitment and employment services company headquartered in London, United Kingdom but authorized to and doing business in Louisiana. 6CATS has appeared in this litigation through counsel.

2.

On or about October 5, 2018, 6CATS entered into a contract with Spencer Ogden titled "Terms of Business for the Supply of an Independent Contractor" ("the contract").

1

3.

The contract is specifically and by name supplemented by the "Assignment Schedule" which identifies 6CATS as "Contractor," Roderick Hollies as "Representative," Transocean as "Client," and the vessel DISCOVERER INDIA as "Location." The Assignment Schedule further identifies "Services" as "to provide the Client with Roustabout Services."

4.

The contract states in pertinent part in paragraph 12.1:

> The Contractor [6CATS] will be liable for any and all loss, damage or injury to any party howsoever arising (whether directly or indirectly) from the performance of the Services, any breach of this Agreement by, and/ or any deliberate or negligent act or omission of, the Contractor and/ or the Representative.

5.

On or about July 9, 2019, Plaintiff Roderick Hollies filed suit in this Honorable Court alleging that he was injured on the vessel DISCOVERER INDIA while performing duties aboard the vessel and asserting causes of action for negligence and unseaworthiness.  Named as defendants in the suit are, *inter alia*, Spencer Odgen,

6CATS[1], and Transocean Offshore Deepwater Drilling USA, Inc.[2]

6.

Transocean Offshore Deepwater Drilling USA, Inc. and Triton Asset Leasing GmbH (collectively "Transocean") have filed a Cross Claim against Spencer Odgen (R.Doc. 23) based on the allegation that Spencer Ogden was Hollies's employer.

7.

Pursuant to the terms of the contract between Spencer Odgen and 6CATS, 6CATS is obligated to defend, indemnify, and hold harmless Spencer Odgen from the claims of Plaintiff Roderick Hollies and from the cross claim of Transocean. This includes reimbursement of past costs of litigation, including attorneys' fees.

8.

In addition to averring claims for negligence and unseaworthiness, Plaintiff Roderick Hollies also makes a claim for the payment of the General Maritime remedy of maintenance and cure.

9.

Spencer Odgen has consistently denied that it is Hollies's Jones Act employer, nonetheless, Spencer Odgen has made *ex gratia* payments of maintenance and cure to

---

[1] 6CATS International was named in the original Complaint and later dismissed (R.Doc. 59). 6CATS International Limited was added as a defendant in the First Amended Complaint (R.Doc. 14).

[2] Triton Asset Leasing GmbH was added as a defendant in the First Amended Complaint (R.Doc. 14).

Hollies.

10.

6CATS was Hollies's employer at the time of the incident subject of this litigation. As such, it is 6CATS who is responsible to make maintenance and cure payments to Hollies. Therefore, 6CATS is obligated to reimburse Spencer Ogden for any and all maintenance and cure payments made.

11.

WHEREFORE, Spencer Ogden, Inc. respectfully prays, that after due consideration had, judgment be had in its favor and against 6CATS International Limited, that 6CATS International Limited be obligated to defend, indemnify, and hold harmless Spencer Ogden, Inc. from the claims of Roderick Hollies and the cross claim of Transocean Offshore Deepwater Drilling USA, Inc. and Triton Asset Leasing GmbH ("Transocean'), that 6CATS International Limited reimburse Spencer Odgen, Inc. for all maintenance and cure payments made to Hollies, to reimburse Spencer Ogden, Inc. for costs of litigation, including attorneys' fees, expended in defense of Roderick Hollies claims and Transocean's cross claim, and all other general and equitable relief to which it may be entitled.

4

Respectfully submitted,

/s/ Cindy Galpin Martin
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
CINDY GALPIN MARTIN (25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Spencer Ogden, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on opposing counsel by electronic means, including the CM/ECF system, this 10th day of February, 2020.

/s/ Cindy Galpin Martin