UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODERICK HOLLIES**                              CIVIL ACTION NO: 19-11592

**VERSUS**
                                                  SECTION: T
**TRITON ASSET LEASING GMBH,
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.,
SPENCER OGDEN, INC., AND 6CATS
INTERNATIONAL, LIMITED**

## JUDGMENT

On this day, the Court issued an order granting a Motion for Summary Judgment[1] filed by Kinsale Insurance Company and dismissing the claims of Transocean Offshore Deepwater Drilling Inc. against Kinsale Insurance Company.

Accordingly, **IT IS ORDERED** that judgment shall be entered in favor of Kinsale Insurance Company, and all of Transocean Offshore Deepwater Drilling Inc.'s claims against Kinsale Insurance Company in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

**New Orleans, Louisiana**, on this 3rd day of November, 2020.

**GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 84.